# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

GLORIA LEE, as Surviving Spouse  
of ROGER EARL LEE, Deceased,  

      Plaintiff,  

v.  

HUFFMASTER CRISIS RESPONSE,  
LLC, and HUFFMASTER  
MANAGEMENT, INC.,  

      Defendants.

CIVIL ACTION NO.  
1:10-CV-2150-SCJ

## **ORDER**

This matter comes before the Court on the Plaintiff's Motion to Compel [Doc. No. 34]. The Court held a telephonic hearing on the matter on May 23, 2011. During this hearing, all parties agreed that all of the discovery items at issue have been produced.

The Court recognizes that the Plaintiff has requested an award of expenses, inclusive of attorney's fees, in conjunction with the Motion to Compel. The Plaintiff did not present evidence of attorney's fees in its motion. The Plaintiff also did not present evidence of attorney's fees at the May 23, 2011 telephone hearing. The Court declines to extend additional time for evidentiary presentation to this regard. In the absence of evidence of attorney's fees, the Court declines to grant an award of attorney's fees in this matter.

Accordingly, the Court hereby deems the Plaintiff's Motion to Compel [Doc. 34] to be MOOT. The Plaintiff's request for an award of expenses is hereby DENIED.

**IT IS SO ORDERED**, this 13th day of June, 2011.

                                        s/Steve C. Jones
                                        HONORABLE STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)