# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLORIA LEE, as Surviving Spouse of ROGER EARL LEE, Deceased, | |
| Plaintiff, | CIVIL ACTION NO. 1:10-CV-2150-SCJ |
| v. | |
| HUFFMASTER CRISIS RESPONSE, LLC, and HUFFMASTER MANAGEMENT, INC., | |
| Defendants. | |

## **ORDER**

This matter comes before the Court on the Defendants' Daubert Motion to Exclude Ralph Witherspoon [Doc. 49]. Having granted summary judgment in Defendants' favor, the Court deems said motion to exclude [Doc. 49] to now be MOOT.

**IT IS SO ORDERED**, this 13th day of June, 2011.

s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE