# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLORIA LEE, as Surviving Spouse of ROGER EARL LEE, Deceased, | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 1:10-CV-2150-SCJ |
| v. | : |
| HUFFMASTER CRISIS RESPONSE, LLC, and HUFFMASTER MANAGEMENT, INC., | : |
| Defendants. | : |

## **ORDER**

This matter comes before the Court on the Defendants' Motion for Protective Order [Doc. 62]. Having granted summary judgment in Defendants' favor, the Court deems said motion for protective order [Doc. 62] to now be MOOT.

**IT IS SO ORDERED**, this 13th day of June, 2011.

s/Steve C. Jones<br>
HONORABLE STEVE C. JONES<br>
UNITED STATES DISTRICT JUDGE