## UNITED STATES COURT OF APPEALS
### For the Eleventh Circuit

_____

No. 11-13159
_____

District Court Docket No.
1:10-cv-02150-SCJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 11, 2012
JOHN LEY
CLERK

GLORIA LEE,
as Surviving Spouse of Roger Earl Lee,
Deceased,

Plaintiff - Appellant,

versus

HUFFMASTER CRISIS RESPONSE, LLC,
HUFFMASTER MANAGEMENT, INC.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: April 11, 2012
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate
May 11, 2012

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 11, 2012

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 11-13159-CC
Case Style: Gloria Lee v. Huffmaster Crisis Response, LL, et al
District Court Docket No: 1:10-cv-02150-SCJ

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel. A copy of the court's decision was previously mailed to counsel on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

MDT-1 Letter Issuing Mandate